NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

L.S.J.,                                              )
                                                     )
            Appellant,                               )
                                                     )
v.                                                   )        Case No. 2D18-3337
                                                     )
STATE OF FLORIDA,                                    )
                                                     )
            Appellee.                                )
                                                     )
_____)

Opinion filed September 11, 2019.

Appeal from the Circuit Court for Polk
County; Mark Hofstad, Judge, and
Roger A. Alcott, Senior Judge.

Howard L. Dimmig, II, Public Defender,
and Pamela H. Izakowitz, Assistant
Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Donna S. Koch,
Assistant Attorney General, Tampa,
for Appellee.

PER CURIAM.

                Affirmed.

CASANUEVA, KELLY, and LaROSE, JJ., Concur.